# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER R. WARD, )<br><br>Plaintiff, )<br>v. )<br>)<br>CONSECO LIFE INSURANCE COMPANY, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | **Case No.: 1:10-cv-01167-AWI-GSA**<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

Counsel of record for Plaintiff Jennifer R. Ward and Defendant Conseco Life Insurance Company have appeared and filed their Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(ii).  The Court, being duly advised, therefore finds that this action should be DISMISSED WITH PREJUDICE, all matters in controversy having been compromised and settled.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this action is **DISMISSED WITH PREJUDICE,** each party bearing its own costs and attorney fees.

IT IS SO ORDERED.

Dated:   June 13, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1